Anton Leda, plaintiff in error, v. W. W. Klemm et al., defendants in error.   Gen. No. 32,888.

Heard in the second division of this court for the first district at the October term, 1928.                    Opinion filed February 14, 1929.

Ruben B. Kilgore, for plaintiff in error; Joseph G. Gorman, of counsel.   Edward I. Rothbart and Seymour M. Lewis, for defendants in error.

Mr. Justice Barnes delivered the opinion of the court.

E. J. Wentzel & Company, defendant in error, v. Charles Atkinson, plaintiff in error.   Gen. No. 32,933.

Heard in the second division of this court for the first district at the October term, 1928.            Opinion filed February 14, 1929.

Clement L. Harrell, for plaintiff in error.   Joseph B. Lawler, for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.

S. N. Crowen, defendant in error, v. Hyman Meyer and Rose Meyer, plaintiffs in error.   Gen. No. 32,943.

Heard in the second division of this court for the first district at the October term, 1928.            Opinion filed February 14, 1929.

Gallagher, Shulman & Abrams, for plaintiffs in error.   William McKinley and Paul E. Price, for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.

Charles Bagviles, plaintiff in error, v. Western & Southern Life Insurance Company, defendant in error.   Gen. No. 32,952.

Heard in the second division of this court for the first district at the October term, 1928.            Opinion filed February 14, 1929.

Cohen, Tomas & Cohen, for plaintiff in error; George B. Cohen, of counsel.   Hoyne, O'Connor & Rubinkam, for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.